IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CURTIS,

    Petitioner,               No. CIV S-01-1562 GEB DAD P

   vs.

G. J. GIURBINO, Warden,        <u>ORDER</u>

    Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, including whether the instant petition is timely filed, the court has determined that the interests of justice require appointment of counsel. <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see</u> <u>also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application and a copy of this order on David Porter, Assistant Federal Defender.

        3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file.

1        4. A status conference is set for June 24, 2005, at 10:00 a.m. in Courtroom 27. .

2  At the status conference counsel shall be prepared to discuss the recent decision in <u>Pace v.

3  DiGuglielmo</u>, ___U.S.___, 2005 WL 957194 (U.S. Apr 27, 2005) (NO. 03-9627) as well an any

4  other matters that may aid in the handling of this case.  Seven days prior to the conference, the

5  parties shall file and serve status reports.

6  DATED: May 5, 2005.

                                                                               /s/ Dale A. Drozd

                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

10  DAD:8:curtis1562.atty