QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ERIC CURTIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CURTIS, ) | NO. Civ. S-01-1562 GEB DAD P |
| Petitioner, ) | |
| v. ) | **ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE STATUS CONFERENCE** |
| G. J. GIURBINO, Warden, et al., ) | |
| Respondents. ) | Date: June 24, 2005<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

Pursuant to the stipulation of the parties, and good cause appearing therefor, it is hereby ordered that the status conference currently set for June 24, 2005, is CONTINUED to July 29, 2005, at 10:00 a.m. Seven days prior to the conference, the parties shall file and serve status reports.

IT IS SO ORDERED.

DATED: June 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:curtis1562.ext