QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ERIC CURTIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CURTIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>G. J. GIURBINO, Warden, et al.,<br><br>　　　　Respondents.<br>_____ | NO. Civ. S-01-1562 GEB DAD P<br><br>**ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE STATUS CONFERENCE**<br><br>Date:　July 29, 2005<br>Time:　10:00 a.m.<br>Judge:　Hon. Dale A. Drozd |

　　　　Pursuant to the stipulation of the parties, and good cause appearing therefor, it is hereby ordered that the status conference currently set for July 29, 2005, is CONTINUED to August 5, 2005, at 10:00 a.m.[1]  Seven days prior to the conference, the parties shall file and serve status reports.

　　　　IT IS SO ORDERED.

DATED: July 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/curt1562.ext2

---

[1] Petitioner's counsel states that he mistakenly requested that the status conference be reset to July 29 instead of July 22.  The court's records reflect that counsel was informed by Pete Buzo, courtroom deputy to the undersigned, that July 22 was not available due to the Ninth Circuit conference.  Counsel confirmed his request for July 29 when chambers staff contacted him concerning the discrepancy in dates in the previous stipulated request.