BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
BRIAN R. MEANS
Supervising Deputy Attorney General
State Bar No. 158368
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 324-5276
   Fax: (916) 324-2960
   Email: Brian.Means@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CURTIS, | |
|     Petitioner, | No. CIV S-01-1562 GEB DAD P |
| vs. | |
| G.J. GIURBINO, Warden, | |
|     Respondent. | ORDER |

Pursuant to Respondent's unopposed request, and good cause shown, IT IS HEREBY ORDERED that the status conference currently set for August 5, 2005, is continued to August 12, 2005, at 10:00 a.m.[1] Respondent shall file and serve a status report on or before August 5, 2005.

DATED: August 2, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/curt1562.cont3

---

[1] The status conference was originally set for June 24, 2005, and has been continued twice previously.