IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CURTIS,

     Petitioner,                   No. CIV S-01-1562 GEB DAD P

     vs.

G.J. GIURBINO, Warden,

     Respondent.                 ORDER

_____/

     The above-captioned matter came before the court on August 19, 2005, for a status conference. David M. Porter appeared for petitioner. Justain Riley appeared for respondent.

     Upon consideration of the parties' status reports, the statements of counsel made in open court, and the entire record in this case, the court set a schedule for further briefing on the following three issues: respondent's waiver of affirmative defenses, petitioner's procedural default as to claims two through seven, and, if the defense of untimeliness has not been waived, the application of <u>Pace v. DiGuglielmo</u>, 125 S. Ct. 1807 (2005), to this case.

/////

/////

/////

1

Accordingly, IT IS ORDERED that:

1. Respondent's brief shall be filed and served on or before September 12, 2005;

2. Petitioner's brief shall be filed and served on or before October 4, 2005; and

3. Each party's brief shall not exceed ten pages.

DATED: August 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
curt1562.fb