QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ERIC CURTIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CURTIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G. J. GIURBINO, Warden, et al.,<br><br>　　　　　Respondents. | NO. Civ. S-01-1562 GEB DAD P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

　　　　Pursuant to petitioner's unopposed request, and good cause appearing therefor, it is hereby ordered that petitioner's objections to the findings and recommendations shall be filed and served on or before December 19, 2005.

DATED: November 16, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:curt1562.ext