IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CURTIS,

    Petitioner,                    No. CIV S-01-1562 GEB DAD P

    vs.

G. J. GIURBINO, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file objections to this court's October 26, 2005, findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time is granted; and

        2. Petitioner is granted until January 18, 2006, in which to file and serve objections to the October 26, 2005, findings and recommendations. No further extensions of time will be granted.

DATED: January 5, 2006.

DAD:8:curtis1562.ext2

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE