1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC CURTIS,

11          Petitioner,                    2:01-cv-1562-GEB-DAD-P

12      vs.

13   G.J. GUIRBINO, Warden,

14          Respondent.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding with counsel, has filed this application for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 24, 2006, the magistrate judge filed amended findings and

20   recommendations herein which were served on all parties and which contained notice to all

21   parties that any objections to the findings and recommendations were to be filed within twenty

22   days.  Petitioner has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed January 24, 2006, are adopted in full;

3 and

4    2.  Petitioner's application for a writ of habeas corpus is denied.

5 Dated:  March 24, 2006

6

7    /s/ Garland E. Burrell, Jr.
     GARLAND E. BURRELL, JR.
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2